# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ekham Sharifirad, | No. CV-26-03323-PHX-DJH (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On June 3, 2026, Petitioner Ekhamm Sharifirad ("Petitioner") filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 6) seeking an order "prohibiting Respondents from transferring or removing Petitioner from the United States, and ordering Petitioner's immediate release from detention, or alternatively preserving the status quo until this Court rules on the pending habeas petition."

The Court will seek an expedited response to the Motion for Temporary Restraining Order ("TRO").

Accordingly,

**IT IS ORDERED** Respondents shall respond to Petitioner's Motion for TRO no later than **3:00 p.m. on Wednesday, June 10, 2026**. Petitioner may file a reply brief no later than **3:00 p.m. on Thursday, June 11, 2026**.

Dated this 5th day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge